IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. DONOVAN,                         )
                                          )     2:07-cv-2160-GEB-DAD
                    Plaintiff,            )
                                          )
     v.                                   )     ORDER
                                          )
AMERICAN CAPITAL GROUP, INC., a           )
Washington Corporation; AMERICAN          )
PROPERTY DEVELOPMENT, INC., a             )
Washington Corporation; AMERICAN          )
CAPITAL HOMES, INC., a Washington         )
Corporation; and DOES 1 through 20,       )
inclusive,                                )
                                          )
                    Defendants.           )
_____ )

          Since Plaintiff has been granted leave to join two

defendants in this action, the Rule 16 Scheduling Order filed February

8, 2008 is vacated, and a status hearing will be held on July 21, 2008

at 9:00 a.m.  The parties shall file a joint status report no later

than two weeks before that date.

          IT IS SO ORDERED.

Dated:  May 15, 2008

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

1