Kenneth R. O'Brien, Bar No. 072128
Aaron D. Crews, Bar No. 235381
Matthew E. Farmer, Bar No. 190484
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:   916.830.7200

Attorneys for Defendants
AMERICAN PROPERTY DEVELOPMENT, INC., AMERICAN CAPITAL HOMES, INC., ROGER KUULA, GREG BORREGO

James T. Cahalan, Esq. Bar No. 166961
CAHALAN & ASSOCIATES
707 Commons Drive, Suite 101
Sacramento, CA  95825
Telephone:   916.483.8600

Attorneys for Plaintiff
JAMES C. DONOVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. DONOVAN,<br><br>                 Plaintiff,<br><br>      v.<br><br>AMERICAN CAPITAL GROUP, INC., a Washington Corporation, AMERICAN PROPERTY DEVELOPMENT, INC., a Washington Corporation, AMERICAN CAPITAL HOMES, INC., a Washington Corporation, ROGER KUULA, an individual, GREG BORREGO, an individual, and DOES 1 through 20, inclusive,<br><br>                 Defendants. | Case No.  2:07-CV-02160-GEB-DAD<br><br>**STIPULATED PROTECTIVE ORDER**<br><br><br>Complaint Filed:  September 7, 2007<br><br>Trial Date:  August 18, 2009 |

TO THE PARTIES AND THEIR COUNSEL OF RECORD, IT IS HEREBY STIPULATED AND ORDERED THAT:

1. This Stipulated Protective Order pertains to all asserted and amended claims, counterclaims, and defenses in this action and any and all other actions which are consolidated into or may be deemed related to this action ("Action"). The Plaintiff and Defendants and any Cross-Complainants, intervenors, and Cross-Defendants in the Action, and any and all Plaintiffs and Defendants in any related or consolidated lawsuits are hereinafter referred to as "the Parties." This Protective Order pertains to all Parties to the Action and any additional parties which may be added after its enactment.

2. Good cause exists for the issuance of this Stipulated Protective Order ("Order") in that the Parties need to have reasonable access during the discovery process to information relevant to liability and damages and defenses asserted in this lawsuit while providing the Parties with a means for limiting access to, and disclosure of, confidential and/or private information.

3. The purpose of this Order is to create a mechanism to protect and safeguard the disclosure of information that is allegedly confidential and/or private. This Order is intended to regulate the handling and use of documents, information, and testimony throughout the discovery process and up to and including the trial and final disposition of the Action.

**CONFIDENTIAL INFORMATION**

4. The Parties, or any third-party responding to or propounding a subpoena, may designate all or portions of any document, thing, material, testimony or other information derived therefrom as "CONFIDENTIAL" under the terms of this Order.

5. Any document, thing, material, testimony, or other information derived therefrom designated as CONFIDENTIAL under this Order ("CONFIDENTIAL INFORMATION") may be used only for the purpose of prosecution, defense, trial, discovery, mediation and/or settlement, or appeal of this Action, and not for any other purpose. CONFIDENTIAL INFORMATION includes any information, testimony, or material concerning: (a) the financial records of Plaintiff JAMES C. DONOVAN and Defendants AMERICAN PROPERTY

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:87208718.1 037725.1011        2.        2:07-CV-02160-GEB-DAD

[PROPOSED] STIPULATED PROTECTIVE ORDER

1  DEVELOPMENT, INC., AMERICAN CAPITAL HOMES, INC., ROGER KUULA and/or GREG
2  BORREGO, including information concerning profits and loss statements, income statements, tax
3  records, or similar financial data; and (b) any other information that is properly the subject of a non-
4  disclosure agreement or confidentiality agreement.  The production, use, exchange, and/or handling
5  of such CONFIDENTIAL INFORMATION as testimony, documents, or materials, or any other
6  form shall not constitute a waiver of any claims or defenses.

7  6.  CONFIDENTIAL INFORMATION shall be so designated by stamping or
8  otherwise marking copies of the document, information, or material produced with the legend
9  "CONFIDENTIAL."  Stamping the legend "CONFIDENTIAL" on the cover of any multi-page
10 document, information, or material shall designate all pages of the document and the entire content
11 as CONFIDENTIAL INFORMATION, and stamping on a label on any electronic storage medium
12 shall designate the contents of such electronic storage medium as CONFIDENTIAL
13 INFORMATION.

14 7.  Either side may designate each other's documents, things, materials,
15 testimony, or other information derived therefrom as CONFIDENTIAL as necessary to protect the
16 privacy or confidentiality of the designating party's information by giving written notice of such a
17 designation.  For example, if Plaintiff designates all or portions of any document, thing, material,
18 testimony, or other information derived therefrom received by the Defendant or *visa versa* as
19 CONFIDENTIAL, then all sides shall promptly mark any copies of such materials as
20 CONFIDENTIAL.

21 8.  CONFIDENTIAL INFORMATION produced pursuant to this Order shall be
22 disclosed, revealed, copied, or disseminated only to the Court and its personnel, any discovery
23 referees, any neutrals or mediators retained for alternative dispute resolution purposes, the
24 individually named natural persons herein and/or in their representative capacity on behalf of an
25 entity, representatives of the named entity defendants, counsel of record for the Parties, their
26 associate attorneys, of counselors, in-house counsel, retained experts and/or consultants, paralegals,
27 secretaries and clerical staff, and to the persons designated below:

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:87208718.1 037725.1011            3.                    2:07-CV-02160-GEB-DAD

[PROPOSED] STIPULATED PROTECTIVE ORDER

    (a) court or deposition reporters, videographers, photocopy services, and litigation support service professionals:

    (b) a witness who prepared or received such materials designated as CONFIDENTIAL prior to its production and/or a witness who is the custodian of such records;

    (c) experts and consultants retained by the Parties in the prosecution, defense, or settlement of this action;

    (d) deposition witness, trial witnesses, or potential deposition or trial witnesses.

  9. Testimony taken at a deposition or other hearing may be designated as CONFIDENTIAL INFORMATION by making a statement to that effect on the record at the deposition or other proceeding.  Arrangements shall be made with the court reporter taking and transcribing information designated as CONFIDENTIAL to bind separately such portions of the transcript containing information designated as CONFIDENTIAL, and to label such portions appropriately.  After a deposition or hearing has been completed, counsel for the parties shall also have the opportunity for fifteen (15) court days to clarify in writing which excerpts on the record are designated CONFIDENTIAL INFORMATION.

### GENERAL PROVISIONS

  10. A party may designate any documents or electronic storage media or other tangible thing produced by another Party and/or third party as CONFIDENTIAL within fifteen (15) court days of the service of such documents and/or information by so advising the other Part(ies) in writing.

  11. Third-party witnesses and the counsel of record for such third-party witnesses responding to subpoenas or during the course of a deposition of such a third-party shall have the same rights and obligations concerning CONFIDENTIAL INFORMATION as set forth herein.

  12. Any compilations, copies, or derivative works that contain CONFIDENTIAL INFORMATION shall be afforded the same protection as the underlying CONFIDENTIAL INFORMATION which may be contained within such materials.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

FIRMWIDE:87208718.1 037725.1011  4.  2:07-CV-02160-GEB-DAD

[PROPOSED] STIPULATED PROTECTIVE ORDER

13. The designation of any materials or testimony designated as CONFIDENTIAL INFORMATION may be challenged by any party, but prior to such a challenge, both sides must engage in reasonable written meet and confer efforts before raising such issues with the Court. This Court discourages unnecessary law and motion practice over matters which should be resolved amongst the Parties.

14. The terms of this Order shall survive the final termination of this action and shall be binding on the Parties thereafter.

15. Within thirty (30) days of the termination or settlement of this action, the lawyers shall confirm in writing that all copies of CONFIDENTIAL INFORMATION have been gathered and filed away with their respective offices for safekeeping.

16. This Order is subject to modification by stipulation, written agreement, or by further order of the Court.

17. Nothing contained in this Order shall be construed to be a waiver of any of the Parties of any rights to refuse to disclose information protected by any privilege or other objection. The foregoing is without prejudice to any of the Parties to apply to the Court for an order compelling production of documents or information withheld on the ground of an asserted privilege or objection.

IT IS SO STIPULATED.

Dated: November 3, 2008                                      Respectfully submitted,


                                                                   /s/ Aaron D. Crews
                                                             Kenneth R. O'Brien
                                                             Aaron D. Crews
                                                             LITTLER MENDELSON
                                                             A Professional Corporation
                                                             Attorneys for Defendants
                                                             AMERICAN PROPERTY DEVELOPMENT,
                                                             INC., AMERICAN CAPITAL HOMES, INC.
                                                             ROGER KUULA, AND GREG BORREGO

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:87208718.1 037725.1011     5.     2:07-CV-02160-GEB-DAD

[PROPOSED] STIPULATED PROTECTIVE ORDER

Dated: November 3, 2008                    Respectfully submitted,


                                                  /s/ James Cahalan
James Cahalan
LAW OFFICES OF JAMES CAHALAN.
Attorneys for Plaintiff
JAMES C. DONOVAN


      IT IS SO ORDERED.

DATED: November 4, 2008.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/donovan2160.protectord

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

FIRMWIDE:87208718.1 037725.1011                    6.                    2:07-CV-02160-GEB-DAD

[PROPOSED] STIPULATED PROTECTIVE ORDER