IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. DONOVAN,

      Plaintiff,                      No. CIV S-07-2160 GEB DAD

      v.

AMERICAN CAPITAL GROUP,
INC., et al.,                                  ORDER

      Defendants.
_____/

      This case came before the court on November 7, 2008 for hearing of October 10, 2008 plaintiff's motion to compel defendants' responses to five sets of requests for production of documents. James T. Cahalan, Esq. appeared for plaintiff, and Aaron D. Crews, Esq. appeared for defendants.

      The court gave careful consideration to the parties' joint statement and relevant declarations and exhibits, as well as the arguments of counsel at the hearing and the court file. For the reasons set forth on the record in open court, the court granted plaintiff's motion in part and denied the motion in part.

      IT IS ORDERED that:

      1. Plaintiff's October 10, 2008 motion (Doc. No. 68) to compel defendants' responses to requests for production of documents is granted in part with regard to certain

1

financial information and is otherwise denied; plaintiff's request for additional evidence regarding the 2008 bonus plan, including signed individual bonus plans for California employees in 2008, is denied without prejudice.

    2. Within four weeks after November 7, 2008, defendants shall produce audited financial statements for 2006 and 2007 for each corporate defendant, a statement of net worth as of the end of 2007 for each individual defendant, and a document or documents that provide an accounting of the calculation of plaintiff's bonus for 2007, including the total raw amount of corporate overhead for that year and percentage allocations; an order extending time may be requested if necessary.

DATED: November 7, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\donovan2160.oah.mtc