IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. DONOVAN,

        Plaintiff,                      No. CIV S-07-2160 GEB DAD

        v.

AMERICAN CAPITAL GROUP,
INC., et al.,                           <u>ORDER</u>

        Defendants.
_____/

        This case came before the court on February 20, 2009 for hearing of defendants' January 20, 2009 motion for leave to take a second deposition of Matthew Eland and plaintiff's February 13, 2009 motion to compel further production of documents. James T. Cahalan, Esq. appeared for plaintiff, and Aaron D. Crews, Esq. appeared telephonically for defendants.

        The court gave careful consideration to the parties' joint statements regarding both discovery disagreements, the arguments of counsel at the hearing, and the entire court file. For the reasons set forth on the record, the court granted both motions.

        IT IS ORDERED that:

        1. Defendants' January 20, 2009 motion for leave to take second deposition of Matthew Eland (Doc. No. 105) is granted. The second deposition of Matthew Eland shall be limited to five hours, not including time for breaks.

1  2.  Plaintiff's February 13, 2009 motion to compel further responses (Doc. No. 112) is granted.  Defendants shall serve further responses concerning the net worth of defendants American Property Development, Inc., American Capital Home, Inc., and Roger Kuula, as set forth in open court, on or before March 13, 2009.  If plaintiff finds the further responses unacceptable, plaintiff may contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, to arrange an immediate telephonic conference.

DATED: February 23, 2009.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\donovan2160.oah02209.mtc