IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. DONOVAN,

    Plaintiff,　　　　　　　　　　No. CIV S-07-2160 GEB DAD

    v.

AMERICAN CAPITAL GROUP, INC., et al.,　　　　　　　　ORDER

    Defendants.
_____/

    Pursuant to the parties' joint statement re defendants' motion to take second deposition, and good cause appearing therefor, defendants' February 11, 2009 motion for leave to take a second deposition of third-party witness Alison Rodgers (Doc. No. 108) is granted and the motion is dropped from the court's March 6, 2009 calendar. The further deposition shall be taken telephonically, with counsel for both parties attending via telephone.

    IT IS SO ORDERED.

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\donovan2160.ord2160.dep2rodgers