IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DONOVAN,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN PROPERTY DEVELOPMENT, INC., a Washington Corporation; AMERICAN CAPITAL HOMES. INC., a Washington Corporation; ROGER WILLIAM KUULA; GREG BORREGO,<br><br>    Defendants. | 02:07-cv-02160-GEB<br><br>ORDER |

Since Plaintiff's motion filed on April 20, 2009, was not noticed as required under the applicable local rule, the motion is stricken.

Dated: May 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1