IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES C. DONOVAN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN PROPERTY DEVELOPMENT, INC., a Washington Corporation; AMERICAN CAPITAL HOMES, INC., a Washington Corporation; ROGER WILLIAM KUULA, an individual; GREG BORREGO, an individual,<br><br>    Defendants. | 2:07-cv-02160-GEB-DAD<br><br><u>ORDER RE SETTLEMENT AND DISPOSITION</u> |

On July 31, 2009, the parties filed a Notice of Settlement in which they state this action has been settled and a dispositional document will be filed "within twenty calendar days from the date of the Notice of Settlement. . ."  Therefore, a dispositional document shall be filed no later than August 20, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the trial scheduled to commence August 18, 2009, is vacated.

Dated: August 5, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge